| | |
|---|---|
| From: | Mantzavinos, Megan T. |
| To: | Silver, Zachary T. |
| Cc: | Ames, Robert G.; Carey, Christine C.; Degnan, Hayley F.; Garza, Dawn; VanGelder, Christopher |
| Subject: | RE: Skinner v. Liller (2021-CL-12521) |
| Date: | Tuesday, November 2, 2021 3:20:53 PM |
| Attachments: | image003.png |
| | image004.png |
| | image005.jpg |

**Caution: External Email**

Zach -

Here is the cost estimate. I will be out of the office for at least two weeks beginning this Friday, but will get my associate up to speed on this before then and have her reach out to you about a follow up call.

**Scenario One:**

| | |
|---|---|
| **Total Reviewable Items** | **1,023** |
| Projected Average Reviewable Items Per Hour Per Attorney | 40-50 |
| Expected Team Size | 2-3 |
| Business Days to Complete | 5 |
| **All Attorney Estimated Billings:** | **$3,000 - $5,000** |

**Redaction Assumptions:**
- • 25% of review corpus = 256 docs
- • Excels account for less than 15% of docs needing redaction

| | |
|---|---|
| **Total Items Needing Redaction** | **256** |
| Hours Needed to Complete (IR/QA) | 30-40 |
| **All Attorney Estimated Billings:** | **$2,000 - $3,500** |

**Scenario Two:**

| | |
|---|---|
| **Total Reviewable Items** | **4,417** |
| Projected Average Reviewable Items Per Hour Per Attorney | 40-50 |
| Expected Team Size | 5-6 |
| Business Days to Complete | 5 |
| **All Attorney Estimated Billings** | **$9,000 - $12,000** |

**Redaction Assumptions:**
- • 25% of review corpus = 1,104 docs
- • Excels account for less than 15% of docs needing redaction

| | |
|---|---|
| **Total Items Needing Redaction** | **1,104** |
| Hours Needed to Complete (IR/QA) | 120-160 |
| **All Attorney Estimated Billings** | **$9,000 - $14,000** |

\*\*\* Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, and except as required by the Maryland Rules, our office will only be transmitting and accepting communications and pleadings via E-mail. \*\*\*

**Megan T. Mantzavinos**
**Attorney at Law**
**Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.**
**667-206-5302 Direct**
**410-339-6880 Office**
**mmantzavinos@moodklaw.com**



**From:** Silver, Zachary T. [mailto:ZTSilver@Venable.com]
**Sent:** Tuesday, November 2, 2021 3:11 PM
**To:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Cc:** Ames, Robert G. <RGAmes@Venable.com>; Carey, Christine C. <CCCarey@Venable.com>; Degnan, Hayley F. <HFDegnan@Venable.com>; Garza, Dawn <DGarza@Venable.com>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com>
**Subject:** RE: Skinner v. Liller (2021-CL-12521)

Good afternoon, Megan:

Thank you for sending this over. Based on this, we would like to drop the searches for Dr. Siracusano and Ms. Wilt. Accordingly, please provide the number of unique documents with families containing the search terms, as well as a cost estimate for the review/redaction based on this number.

Since the search terms have been changed (and, in any event, we have not yet received any other cost estimate), a call tomorrow morning would likely not be very productive. Does Monday (11/8) at 10am ET work for you to reschedule? If not, please propose additional dates and times. We would like to have a cost estimate in hand before meeting, so please let us know whether that is feasible.

Best,
Zach

Zachary T. Silver, Esq.\* | Associate | Venable LLP
t 202.344.4662 | f 202.344.8300

600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com | www.Venable.com

*Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.


**From:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Sent:** Monday, November 1, 2021 11:50 AM
**To:** Silver, Zachary T. <ZTSilver@Venable.com>
**Subject:** FW: Skinner v. Liller (2021-CL-12521)

**Caution: External Email**


Please see below.


*** **Our attorneys and staff are working remotely during the COVID-19 crisis.  Accordingly, and except as required by the Maryland Rules, our office will only be transmitting and accepting communications and pleadings via E-mail.** ***

**Megan T. Mantzavinos**
**Attorney at Law**
**Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.**
**667-206-5302 Direct**
**410-339-6880 Office**
mmantzavinos@moodklaw.com





**From:** VanGelder, Christopher [mailto:Christopher.VanGelder@corizonhealth.com]
**Sent:** Monday, November 1, 2021 11:27 AM
**To:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Cc:** Morss, Kris <Kris.Morss@corizonhealth.com>
**Subject:** RE: Skinner v. Liller (2021-CL-12521)

Here is the data set with those two extra added terms. I have spoken with my vendor and asked for an estimated cost for both the 1,023 data set and the attached 4,417 data set attached.

Christopher A. Van Gelder
eDiscovery Manager / Senior Litigation Paralegal



Christopher.VanGelder@corizonhealth.com
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com
Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

**From:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Sent:** Wednesday, October 27, 2021 11:08 AM
**To:** VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com>
**Subject:** [EXTERNAL] FW: Skinner v. Liller (2021-CL-12521)

**This Message has originated outside of your organization.**

Thanks, Chris -

   I hope you feel better.

   Have you run the names of Dr. Siracusano and Monica Wilt as search terms yet?  I keep forgetting about that.


*** **Our attorneys and staff are working remotely during the COVID-19 crisis.  Accordingly, and except as required by the Maryland Rules, our office will only be transmitting and accepting communications and pleadings via E-mail.** ***

**Megan T. Mantzavinos**
**Attorney at Law**
**Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.**
**667-206-5302 Direct**
**410-339-6880 Office**
mmantzavinos@moodklaw.com




**From:** VanGelder, Christopher [mailto:Christopher.VanGelder@corizonhealth.com]
**Sent:** Wednesday, October 27, 2021 8:34 AM
**To:** Silver, Zachary T. <ZTSilver@Venable.com>; Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Cc:** Morss, Kris <Kris.Morss@corizonhealth.com>
**Subject:** RE: Skinner v. Liller (2021-CL-12521)

I have been really sick for the past five dats. I am beginning to feel little better today. I will work on this, as soon as I can; however, I do have some other matters that require my immediate attention.

Christopher A. Van Gelder
eDiscovery Manager / Senior Litigation Paralegal



Christopher.VanGelder@corizonhealth.com
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com
Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

**From:** Silver, Zachary T. <ZTSilver@Venable.com>
**Sent:** Tuesday, October 26, 2021 9:01 AM
**To:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Cc:** Ames, Robert G. <RGAmes@Venable.com>; Carey, Christine C. <CCCarey@Venable.com>; Degnan, Hayley F. <HFDegnan@Venable.com>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com>; Garza, Dawn <DGarza@Venable.com>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com>
**Subject:** [EXTERNAL] RE: Skinner v. Liller (2021-CL-12521)

This Message has originated outside of your organization.

Megan:

Thank you for sending this over. We agree to drop "TS" and "TLS".

Now that we have a better idea of the actual numbers, please provide a cost estimate for the review/redaction process (based on numbers after "TS" and "TLS" have been dropped), including an explanation of any variables.

Does Friday at 10am ET work for you to meet to discuss?

Best,
Zach

Zachary T. Silver, Esq.* | Associate | Venable LLP
t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com | www.Venable.com
*Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

-----Original Message-----
**From:** Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>
**Sent:** Monday, October 25, 2021 1:49 PM
**To:** Silver, Zachary T. <ZTSilver@Venable.com>
**Subject:** Fwd: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach -

Below, please see the hit report, along with Chris's suggestions for reducing the number of hits.

I am in trial (again) this week, but should be able to talk on Friday.

Megan

Sent from my iPhone

Begin forwarded message:

**From:** "VanGelder, Christopher" <Christopher.VanGelder@corizonhealth.com>
**Date:** October 22, 2021 at 9:06:36 AM EDT
**To:** "Mantzavinos, Megan T." <MMantzavinos@moodklaw.com>
**Cc:** "Morss, Kris" <Kris.Morss@corizonhealth.com>
**Subject:** RE: Skinner v. Liller (2021-CL-12521)

Attached hereto are the Search Term Report results. As you will see there are two terms that are really high; and, more than likely, have more false positives than

not. Those two terms are: "TS" and "TLS." Furthermore, we could combine all the search terms pertaining to Tracy Skinner's name into one term such as "Trac* w/3 Skin*er" and that should collect everything more efficiently.

Christopher A. Van Gelder
eDiscovery Manager / Senior Litigation Paralegal

[http://d31hzlhk6di2h5.cloudfront.net/20180911/89/3f/8d/25/497fcc19472336a73a98d9c7_254x256.jpg]

Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com<http://www.corizonhealth.com>
Facebook<http://www.facebook.com/corizonhealth> | Twitter<http://twitter.com/corizonhealth> |
YouTube<https://www.youtube.com/channel/UCXur4l1LRV0SezkdA0oZA1Q> | LinkedIn<https://www.linkedin.com/company/40206?
trk=vsrp_companies_cluster_name&trkInfo=VSRPsearchId%3A1577440451441986380016%2CVSRPtargetId%3A40206%2CVSRPcmpt%3Acompanies_cluster>
Safety, Motivation, Accountability, Respect, Teamwork

From: Silver, Zachary T. <ZTSilver@Venable.com>
Sent: Thursday, October 21, 2021 2:59 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com>
Cc: Ames, Robert G. <RGAmes@Venable.com>; Carey, Christine C. <CCCarey@Venable.com>; Degnan, Hayley F. <HFDegnan@Venable.com>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com>; Morss, Kris <Kris.Morss@corizonhealth.com>
Subject: [EXTERNAL] RE: Skinner v. Liller (2021-CL-12521)

This Message has originated outside of your organization.

Good afternoon, Megan:

Please update us on the status of the ESI collection per the parameters below, and when we can expect to receive the search term hit report we asked to be sent to us by last Friday.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Silver, Zachary T.
Sent: Wednesday, October 13, 2021 5:03 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Megan:

Thank you for clarifying.

Although Corizon is not a party to this litigation, we were under the impression that we did not need to provide Corizon with such basic search terms, considering that the subpoena explicitly asks for documents "relating to or referencing" Mr. Skinner by name and/or any other unique identifiers we provided. Additionally, Lauren's August 30th email (attached) to you and Kris Morss recapping our meeting earlier that day stated that we would provide a list of custodians and asked Corizon to send us the search terms and search parameters it used in searching for responsive ESI. Until today, we had not received any communication, written or verbal, indicating that Corizon could not run an initial search without our first providing the search terms; this is apparent from my October 1st email (attached) asking for a cost estimate for "responsive data," which was defined as records having "at least one hit after running the search terms." You responded on October 5th with a cost estimate indicating there were 16,800 documents for review, but you failed to mention that you did not actually apply any search terms. You also did not mention that we needed to first provide such search terms in order to receive a meaningful price quote. As a result, we are feeling misled and frustrated with the pace of progress.

To move things forward, please apply the below search terms. Commas should be interpreted as "OR" operators. We are providing these search terms as a courtesy only, and are doing so without assuming or obviating Corizon's obligation to thoroughly search for responsive records which do not contain the below search terms. We also reserve our right to propose additional or revised search terms in the future based on the hit report so that we can continue working together to satisfy Corizon's subpoena compliance obligations.

Tracy Skinner, Tracy L. Skinner, Tracy Lamonte Skinner, Tracy AND Skinner, TLS, TS, 1669377, 317270

Please let us know if you have any questions, and we look forward to receiving the hit report by this Friday, October 15th.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Wednesday, October 13, 2021 1:32 PM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris

<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach -

The percentages given below regarding reduction post-search terms and reduction burden are the vendor's estimates: we have not actually run any search terms. Being that Corizon is not a party to this litigation, we are looking to the parties to provide us with the search terms they wish us to run.

\*\*\* Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail. \*\*\*

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Monday, October 11, 2021 3:13 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Good afternoon, Megan:

I hope your trial went well.

Just following up on my previous email. Please send over the hit report as soon as possible, as well as any modified estimates based on pulling data from Dr. Siracusano and Ms. Wilt as search terms.

Thanks,
Zach
Zachary T. Silver, Esq.\* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> \*Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Silver, Zachary T.
Sent: Tuesday, October 5, 2021 4:37 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Good afternoon, Megan:

Thank you for sending this information over. Could you please send us the hit report for the search terms, so we can find ways to reduce the burden of production? Additionally, please move ahead with using Dr. Siracusano's and Ms. Wilt's names as search terms to see what comes back.

Thanks again,
Zach
Zachary T. Silver, Esq.\* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> \*Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Tuesday, October 5, 2021 12:30 PM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach:

Based on the following assumptions the cost estimate range (including redactions) is $37,000 to $50,000.

1) Total Corpus Size: 56,000
2) Post Search Terms (70% reduction): 16,800 docs for review
3) Redaction Burden (10% of what is reviewed): 1,680 docs require redaction

With regard to Dr. Siracusano and Ms. Wilt, we've confirmed that they are not in Corizon's database, and were not employees. It is possible that they were either employed by Wexford, or that they were hired through an agency. We can use their names as search terms to see what comes back.

I will be in trial in Baltimore City October 6 through 8. I'll do my best to respond to e-mails, but will not be available for calls until Monday afternoon or Tuesday of next week.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail. ***

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Friday, October 1, 2021 12:02 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Good afternoon, Megan:

Thank you for the update.

Since Corizon cannot provide a cost estimate without knowing the size of the data set, please provide by Tuesday, October 5th, an estimate of the cost for review/redaction of responsive data (i.e., has at least one hit after running the search terms) as to the custodians for whom data has been pulled (Asresahegn Getachew, William Beeman, Holly Pierce, and Holly Hoover). Please include in the cost estimate a breakdown of the size of responsive data, the total number of responsive documents, and the total number of pages in all responsive documents.

We will keep an eye out for an update regarding the outstanding questions.

Thanks again, and have a great weekend.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Friday, October 1, 2021 9:31 AM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach -

Sorry for the slightly late response: I did not hear back from my client until earlier this morning.

1. Need for Review and Redaction: Corizon is maintaining its position with regard to the need to redact the PHI of its patients other than Mr. Skinner.

2. Cost of Review and Redaction: Corizon remains unable to give an accurate cost estimate without knowing the size of the data set.

3. Outstanding Questions from Zach's 9/21/2021 Email:
Questions 1 and 2: I have made a follow up inquiry with Chris, but do not yet have an answer to these questions.
Question 3: There was another system Corizon migrated to prior to Mimecast, but that integration happened several years ago and is no longer active. I believe that migration took place prior to 2019, but I am still confirming that with Chris.
Question 4: I have confirmed that Corizon does not have control over, or the right to access, Wexford e-mails.
Question 5: I am still confirming this with Chris.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications

and pleadings via E-mail. ***

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Tuesday, September 28, 2021 11:08 AM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Good morning, Megan:

Thank you for speaking with us yesterday. Please see below for a recap of our call, and let me know if I've missed or misstated anything.


1. Need for Review and Redaction: You will discuss with Corizon whether it will continue to maintain its position that HIPAA and/or the MCMRA require review and redaction of the documents at issue, and provide us a response by Thursday, September 30th.


1. Cost of Review and Redaction: You will circle back with Chris and provide us a cost estimate by Thursday, September 30th. You also indicated that, assuming review and redaction is needed, Corizon would take the position that we should bear at least some of the cost, and have reserved your right to take the position that we should bear the full cost.


1. Outstanding Questions from Zach's 9/21/2021 Email:
* Question 1: You will discuss with Chris and get back to us by Thursday, September 30th.
* Question 2: You will discuss with Chris and get back to us by Thursday, September 30th.
* Question 3: You indicated that Corizon has not used any system, platform, database, etc. other than Mimecast during the relevant time period.
* Question 4: You indicated that Corizon did not and does not have access to Wexford emails.
* Question 5: You will confirm with Chris if this is possible and get back to us by Thursday, September 30th.


1. Missing Documents: These issues have been resolved.

As a reminder, we have an expert disclosure deadline coming up in November for which these documents are critical. We look forward to your prompt response so as to facilitate production of these documents as quickly as possible.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Silver, Zachary T.
Sent: Friday, September 24, 2021 4:05 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Thanks for the heads up. Speak to you (hopefully) Monday, and have a great weekend.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Friday, September 24, 2021 3:52 PM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-
Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Thanks, Zach. For now, it's just me.

And just to give you a heads up, I do have a pretrial conference in another case at 2:00. It should be over by 3:30, but there is an outside chance that it will go longer. I will keep you posted as best I can in that regard. If it does become an issue, my calendar is open all afternoon on Tuesday.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail. ***

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Friday, September 24, 2021 1:42 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C. <CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris <Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Megan:

Thank you for sending the blank authorization form and for letting me know your schedule. I will send out a calendar invitation shortly for Monday at 3:30pm. Other than you, is there anyone from Corizon or at your firm to whom I should send the invitation?

Thanks again, and looking forward to speaking on Monday.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Friday, September 24, 2021 11:19 AM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C. <CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris <Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach -

Thanks for your e-mail. I am not going to be able to make today work for a call. I should be available between 12:00 and 1:30, and after 3:30 on Monday afternoon. Also, my calendar is clear on Tuesday afternoon.

Per your request, I am attaching a blank authorization form which complies with the requirements of HIPAA.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail. ***

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Wednesday, September 22, 2021 5:31 PM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C. <CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris <Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Good evening, Megan:

A few points and questions in response to your email and Corizon's productions so far:

1. It is our position that the MCMRA does not apply to the responsive documents at issue. Section 4-306(b) of the MCMRA governs disclosure only of "medical records," not all PHI, each of which is separately defined by the statute. Md. Code Ann. Health Gen. § 4-301(j), (o). "Medical record" is defined as "any oral, written, or other transmission in any form or medium of information that: (i) Is entered in the record of a patient or recipient; (ii) Identifies or can readily be associated with the identity of a patient or recipient; and (iii) Relates to the health care of the patient or recipient"; neither the definition of "medical record" nor Section 4-306(b) make any reference to PHI. Id. §§ 4-301(j), 4-306(b)(6). Because Corizon's production of Mr. Skinner's patient record did not include any emails or other communications, we presume that such communications are not "entered in [patients'] record[s]." The responsive ESI thus would not satisfy the first prong of the MCMRA's definition of "medical record," would not be protected by Section 4-306(b), and need not be redacted.

1. Assuming (without conceding) that the responsive ESI needs to be reviewed and redacted to comply with the MCMRA, does Corizon expect us to bear costs of that process? If so, please let us know the basis for that expectation.

1. As you kindly offered in your initial email in this thread, please send over the HIPAA-compliant release form used by your office so Mr. Skinner's authorization is sufficiently documented for Corizon.

1. Regarding the production of the paper documents, it seems as though a few pages are missing, listed below. Please ensure that the missing pages are produced as soon as possible, but not later than Wednesday, September 29th.
* Page 1 of a document generated by Holly Hoover, timestamped 6/8/2021 at 2:07pm.
* Page 2 of the group therapy document generated by Tahmya DeLozier, timestamped 2/23/2021 at 2:45pm.
* All pages of the March 2019 medication administration chart.

We're happy to jump on a call to further discuss these issues. Would tomorrow at 1pm work for you? If not, please suggest an alternate time for tomorrow or Friday.

Thank you in advance for your expedient response and for providing the form and missing pages described above.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Tuesday, September 21, 2021 4:39 PM
To: Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>; VanGelder, Christopher
<Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>; Garza, Dawn <DGarza@Venable.com<mailto:DGarza@Venable.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Zach:

The protective order may satisfy the requirements of HIPAA, but it does not get around MCMRA. Md. Health Gen. Code Ann. §4-306(b)(6)(ii) permits disclosure of PHI in response to a subpoena or other compulsory process only if the health care provider receives written assurance from the party seeking the information that a person interest has been given notice of the request and has not objected to the disclosure within 30 days of the notice being sent. I'm happy to get on the phone with you, but we are going to have to redact information relating to patients other than your client.

I will confer with Chris and get back to you on the issues relating to Dr. Siracusano and Ms. Wilt.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail. ***

Megan T. Mantzavinos
Attorney at Law
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
667-206-5302 Direct
410-339-6880 Office
mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com>

From: Silver, Zachary T. [mailto:ZTSilver@Venable.com]
Sent: Tuesday, September 21, 2021 4:01 PM
To: VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>; Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Cc: Ames, Robert G. <RGAmes@Venable.com<mailto:RGAmes@Venable.com>>; Carey, Christine C.
<CCCarey@Venable.com<mailto:CCCarey@Venable.com>>; Degnan, Hayley F. <HFDegnan@Venable.com<mailto:HFDegnan@Venable.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris
<Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>; Garza, Dawn <DGarza@Venable.com<mailto:DGarza@Venable.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Megan: Thank you for confirming items 1 and 2. Regarding item 3, the HIPAA Privacy Rule explicitly permits Corizon to disclose any patients' PHI pursuant to a subpoena when a protective order is in place, as in this case. 45 C.F.R. § 164.512<https://www.law.cornell.edu/cfr/text/45/164.512>(e)(1)(ii)(B) ("A covered entity may disclose protected health information in the course of any judicial or administrative proceeding[] [i]n response to a subpoena, discovery request, or other lawful process, that is not accompanied by an order of a court or administrative tribunal, if[] [t]he covered entity receives satisfactory assurance, as described in [45 C.F.R. § 164.512(e)(1)(iv)], from the party seeking the information that reasonable efforts have been made by such party to secure a qualified protective order that meets the requirements of [45 C.F.R. § 164.512(e)(1)(v)]."). Please find attached for your review a copy of the stipulated protective order entered by the court in this case, which meets the requirements of 45 C.F.R. § 164.512(e)(1)(v) and thus obviates the need to review and redact the files. Please advise as to whether Corizon agrees with this interpretation, or if you would like to have a call to discuss this further.

Chris: The spellings for Vincent Siracusano and Monica Wilt were taken directly from the medical records produced by Corizon. Please see below for a few follow-up questions we have based on your note. I'd be happy to hop on a call if you think it would be more efficient; I'm available any day this week beginning at 8:30am EDT, so just let me know what day/time works best for you.

1. Have Dr. Siracusano and/or Ms. Wilt ever been employed by Corizon? If so, please search for responsive records using any previous name(s) (e.g., maiden name, married name if now divorced) each has used.
2. Why, in your opinion, is there "not any raw data" for Dr. Siracusano or Ms. Wilt?
3. During the relevant time period, has Corizon used any system, platform, database, etc. other than Mimecast which may contain responsive records?
4. Many of the custodians of whom we are aware were previously employed by Wexford Health Services when that company provided health care services for Maryland prisons, and were subsequently hired by Corizon once it took over the contract in 2019. Did Corizon receive, or was Corizon given access to, any system, platform, database, etc. from Wexford which may contain responsive records?
5. Instead of pulling Dr. Siracusano's and Ms. Wilt's custodial accounts, can you search all other custodial accounts for emails to/from either of them?

Thank you both for your attention to this, and we look forward to hearing back from you.

Best,
Zach
Zachary T. Silver, Esq.* | Associate | Venable LLP t 202.344.4662 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ZTSilver@Venable.com<mailto:ZTSilver@Venable.com> | www.Venable.com <http://www.venable.com/> *Admitted only in New York. Practicing under the supervision of Venable LLP partners admitted in the District of Columbia.

From: VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>
Sent: Tuesday, September 21, 2021 10:01 AM
To: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>; Silver, Zachary T. <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>
Cc: Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris <Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: RE: Skinner v. Liller (2021-CL-12521)

Caution: External Email

Also, please note: We are good for the first three custodians ( Getachew, Asresahegn; Beeman, William; Pierce, Holly; and Hoover, Holly) of phase one; however, there is not any raw data pulling for Vincent Siracusano or Monica Wilt within Mimecast (please check the spellings and let me know if what we currently have is correct or not). Alternatively, are there two others custodians you would like to have pulled instead?

Christopher A. Van Gelder
eDiscovery Manager / Senior Litigation Paralegal

[cid:image001.jpg@01D7C71B.806BECC0]

Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com<http://www.corizonhealth.com>
Facebook<http://www.facebook.com/corizonhealth> | Twitter<http://twitter.com/corizonhealth> |
YouTube<https://www.youtube.com/channel/UCXur4l1LRV0SezkdA0oZA1Q> | LinkedIn<https://www.linkedin.com/company/40206?trk=vsrp_companies_cluster_name&trkInfo=VSRPsearchId%3A1577440451441986380016%2CVSRPtargetId%3A40206%2CVSRPcmpt%3Acompanies_cluster>
Safety, Motivation, Accountability, Respect, Teamwork

From: Mantzavinos, Megan T. <MMantzavinos@moodklaw.com<mailto:MMantzavinos@moodklaw.com>>
Sent: Tuesday, September 21, 2021 8:39 AM
To: 'Silver, Zachary T.' <ZTSilver@Venable.com<mailto:ZTSilver@Venable.com>>
Cc: VanGelder, Christopher <Christopher.VanGelder@corizonhealth.com<mailto:Christopher.VanGelder@corizonhealth.com>>; Stocks-Smith, Lauren R. <LRStocks-Smith@Venable.com<mailto:LRStocks-Smith@Venable.com>>; Morss, Kris <Kris.Morss@corizonhealth.com<mailto:Kris.Morss@corizonhealth.com>>
Subject: [EXTERNAL] Skinner v. Liller (2021-CL-12521)

This Message has originated outside of your organization.

Zach:

Chris VanGelder forwarded me your September 14 e-mail to him for response. I've pasted the items the two of you discussed below. My responses are in red. Please let me know if you would like to discuss further.

I also reviewed the "Release of Information" you provided to Chris as proof of your client's authorization to release his PHI. It is not a HIPAA-compliant release. I am happy to either prepare a compliant document for your client's signature, or provide you with a blank form used by my office. Just let me know.

1. Cost Basis: Corizon will charge us per GB of data at the processing level, and will send us a breakdown of costs before capturing the data.
Yes, this is correct. We will do our best to get you an accurate rate charge estimation, before we upload and process everything into Relativity.

1. Custodians: To keep costs down, at this time we will direct our focus to the custodians listed below. You understand that we reserve our right to ask for data

from additional custodians in the future.
* Holly Hoover (or Holly Pierce)
* William Beeman
* Asresahegn Getachew
* Vincent Siracusano
* Monica Wilt

Yes, we will attempt to pull the aforementioned and will adjust accordingly as best we can with any further guidance we receive from you.

1. Review/Redaction of PII/PHI: You mentioned on our call that Corizon would need to send the data to a third-party vendor to review for and redact PII and PHI. We do not think this step is necessary (further keeping costs down) for several reasons. First, Mr. Skinner is our client, and he has consented to our obtaining records concerning him; please find attached a release of information signed by Mr. Skinner. Second, neither the Federal Rules of Civil Procedure<https://www.law.cornell.edu/rules/frcp/rule_5.2>, the Local Rules of the District of Maryland<https://www.mdd.uscourts.gov/sites/mdd/files/LocalRules.pdf>, HIPAA<https://www.law.cornell.edu/cfr/text/45/164.512>, the Maryland Confidentiality of Medical Records Act<https://govt.westlaw.com/mdc/Document/NB123D090853711E8A44AFB83F981CD6C?viewType=FullText&originationContext=documenttoc&transitionType=CategoryPageItem&contextData=(sc.Default)>, or any other applicable privacy law prohibit Corizon from producing unredacted PII or PHI pursuant to a subpoena, especially where the subject (here, Mr. Skinner) has consented to the disclosure. Third, the Protective Order entered in this case (attached) permits a third party producing discovery material, including Corizon, to designate discovery material as confidential where the material contains, among other things, "confidential" or "personally sensitive" information, and requires the parties not only to file any material so designated under seal or in redacted form, but also to return or destroy any such material after the case has concluded. Please advise as to whether Corizon agrees that the need to review the documents for and redact PII and PHI is obviated in light of the foregoing.
The need to review the documents and redact for PHI/PII is not obviated. The purpose of the review is not for your client's PHI/PII, but for that of other patients referenced and discussed in the documents. I am not aware of any provision in either HIPAA or MCMRA which would permit us to disclose to you information about patients other than your client under the circumstances present here. If I'm mistaken, please provide me with the citation of the provision which supports your position.

*** Our attorneys and staff are working remotely during the COVID-19 crisis. Accordingly, and except as required by the Maryland Rules, our office will only be transmitting and accepting communications and pleadings via E-mail. *** Megan T. Mantzavinos Attorney at Law Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
Suite 305 600 Baltimore Avenue
Towson, MD 21204
667-206-5302 Direct | 410-339-6880 Office | 410-339-6881 Fax | mmantzavinos@moodklaw.com<mailto:mmantzavinos@moodklaw.com> | www.moodklaw.com<http://www.moodklaw.com>
Pennsylvania • New Jersey • New York • Delaware • Maryland This message and any documents accompanying it contain information from the law firm of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. which may be confidential and/or legally privileged. The information is intended only for the use of the individual or entity named as the original addressee. If you are not the intended recipient, you are hereby notified that any disclosure, forwarding, downloading, printing, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

[cid:4A064B6B-A8C0-461C-8EAF-74563A685CB1]

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************